UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA METRIS-SHAMOON,
ET AL.,

    Plaintiffs,                     No. 18-13683

v.                                 District Judge Arthur J. Tarnow
                                   Magistrate Judge R. Steven Whalen

CITY OF DETROIT, ET AL.,

    Defendants.
_____/

**ORDER**

On September 10, 2019, the Court entered an order [ECF No. 36] granting the Defendants' motion to amend the scheduling order [ECF No. 31]. A section of the order directed the Defendants to produce "any other search warrants that were issued in whole or in part on the basis of information from the CI (confidential informant)." Defendants have now filed a motion for reconsideration [ECF No. 37] as to that part of the Court's order.

The Plaintiff will file a response to the Defendants' motion for reconsideration on or before September 24, 2019.

The section of the Court's previous order regarding other search warrants [ECF No. 36] is STAYED pending resolution of the Defendants' motion for reconsideration.

IT IS SO ORDERED.

                                                      s/R. Steven Whalen
                                                      R. STEVEN WHALEN
                                                      UNITED STATES MAGISTRATE JUDGE

Dated: September 17, 2019

# CERTIFICATE OF SERVICE

I hereby certify on September 17, 2019, that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on September 17, 2019.

s/Carolyn Ciesla
Case Manager to R. Steven Whalen
Executive U.S. Magistrate Judge

Dated: September 17, 2019