UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA METRIS-SHAMOON,
ET AL.,

        Plaintiffs,                    No. 18-13683

v.                                 District Judge Arthur J. Tarnow
                                   Magistrate Judge R. Steven Whalen

CITY OF DETROIT, ET AL.,

        Defendants.

_____ /

## ORDER

For the reasons and under the terms stated on the record on December 19, 2019, Plaintiffs' Motion for Relief from the Magistrate Judge's Discovery Order [ECF No. 42] is GRANTED.

Regarding the discovery that I ordered produced in my September 10, 2019 order [ECF No. 36], the attorneys-eyes-only provision is VACATED. However, that discovery, and all discovery produced pursuant to this present Order, will be restricted to use in this lawsuit, and will not be disclosed to persons or entities that are not involved in the prosecution or defense of this lawsuit. To be clear, this Order does not require the sealing of any discovery material that is filed with this Court.

The Defendants will also produce to Plaintiffs' counsel any information in the homicide file or in the Detroit Police Homicide Division's case notes reflecting communications, written or otherwise, between Defendant Stephen Geelhood and homicide officers mentioning or referring to the confidential informant/homicide victim. If no such information exists, then the person who has undertaken the search will provide

a written declaration so indicating, and describing the steps that were taken to locate

responsive documents.

The Defendants will produce to this Court the Detroit Police Department's

homicide file regarding the confidential informant ("CI") for *in camera* review.[1]

IT IS SO ORDERED.

s/ R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: December 20, 2019

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of
record on December 20, 2019, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen

---

[1] The *in camera* review is directed at information regarding the homicide victim's
work as a CI for officers other than Geelhood and cases other that Metris-Shamoon's. At
oral argument, the Court agreed that it would be easier to simply submit the entire file for
*in camera* review. Any information regarding Geelhood's communications to or from the
Homicide Division will be produced directly to Plaintiffs' counsel.