UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA METRIS-SHAMOON,
ET AL.,

       Plaintiffs,                      No. 18-13683

v.                                     District Judge Arthur J. Tarnow
                                          Magistrate Judge R. Steven Whalen

CITY OF DETROIT, ET AL.,

       Defendants.
_____/

**ORDER**

For the reasons and under the terms stated on the record on December 19, 2019, Plaintiffs' Motion to Compel the Depositions of Former Detroit Police Chief Ralph Godbee Jr. and Chief James Craig [ECF No. 44] is GRANTED.

The deposition of each witness will be limited to three hours, and will be held at the place of business of each witness.

IT IS SO ORDERED.

                                                        s/ R. Steven Whalen
                                                        R. STEVEN WHALEN
                                                        UNITED STATES MAGISTRATE JUDGE

Dated: December 20, 2019

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on December 20, 2019, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen