UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA METRIS-SHAMOON,
ET AL.,

      Plaintiffs,                          No. 18-13683

v.                                        District Judge Arthur J. Tarnow
                                          Magistrate Judge R. Steven Whalen

CITY OF DETROIT, ET AL.,

      Defendants.
_____/

**ORDER**

Before the Court is Defendants' motion for a protective order [ECF No. 52], in which they seek to preclude the depositions of former Detroit Police Chief Ralph Godbee Jr. and Chief James Craig. However, on December 19, 2019, I entered an order [ECF No. 59] granting Plaintiffs' related motion to compel the depositions, limiting each deposition to three hours.[1]

For the same reasons and under the same terms stated on the record on December 19, 2019 with respect to Plaintiffs' motion to compel, Defendants' motion for protective order [ECF No. 52] is DENIED.

---

[1] The present motion was referred to me on December 23, 2019, after I had entered the order granting Plaintiffs' motion to compel.

-1-

IT IS SO ORDERED.

                                         s/ R. Steven Whalen
                                         R. STEVEN WHALEN
                                         UNITED STATES MAGISTRATE JUDGE

Dated: January 3, 2020

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 3, 2020, electronically and/or by U.S. mail.

                                         s/Carolyn M. Ciesla
                                         Case Manager to the
                                         Honorable R. Steven Whalen