UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Debra Metris–Shamoon, et al.,

                Plaintiff(s),

v.                                              Case No. 3:18–cv–13683–RHC–EAS
                                                      Hon. Robert H. Cleland

Joe Tucker, et al.,

                Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before Magistrate Judge Elizabeth A. Stafford as follows:

- STATUS CONFERENCE:  June 16, 2022 at 11:30 AM

    The conference shall be initiated by the Court.

    If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/Marlena Williams
                                                                Case Manager

Dated:  April 18, 2022