UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA METRIS-SHAMOON, *et al.*,

Plaintiffs,

v.

CITY OF DETROIT, *et al.*,

Defendants.

Case No. 18-13683
Hon. Robert H. Cleland
Magistrate Judge Elizabeth A. Stafford

---

## ORDER STAYING PROCEEDINGS
## AND ADMINISTRATIVELY CLOSING CASE
## PENDING DECISION BY BANKRUPTCY JUDGE

---

The Honorable Robert H. Cleland referred all pretrial matters to the undersigned under 28 U.S.C. § 636(b).  ECF No. 154.  All pretrial matters except possible alternative dispute resolution (ADR) are complete.  *See* ECF No. 156.  But the city of Detroit claims that plaintiffs' claims are barred because of the city's 2013 bankruptcy action.  *Id.*, PageID.4575.  A motion addressing the issue is pending in the United States Bankruptcy Court in the Eastern District of Michigan.  During a telephonic conference on July 21, 2022, counsel for the city said that it will not engage in ADR unless the bankruptcy proceeding has concluded in plaintiffs' favor.  The parties thus

agreed that the proceeding here should be stayed and that the case should be administratively closed pending the outcome of the bankruptcy proceeding.

"An order to administratively close a case is not dispositive of the outcome of the case, and is not a substantive decision of the district court." *Feltner v. Lamar Adver. of Tenn., Inc. & Travelers Co.*, 200 F. App'x 419, 422 (6th Cir. 2006).  Thus, a magistrate judge has discretion to administratively close a case under Federal Rule of Civil Procedure 72(a). *Black v. Dep't of Veterans Affs.*, No. 3:06-990, 2010 WL 11692941, at *1 (M.D. Tenn. Aug. 3, 2010); *Barhite v. Caruso*, No. 5:06-CV-35, 2009 WL 4885221, at *3 (W.D. Mich. Dec. 17, 2009)

The Court thus stays all proceedings and administratively closes the case pending the bankruptcy proceeding.  Plaintiff must file a motion to reopen the case once those proceedings have concluded.

**IT IS ORDERED.**

<br>

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
Dated: July 21, 2022                    United States Magistrate Judge

## <u>NOTICE TO PARTIES ABOUT OBJECTIONS</u>

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 21, 2022.

<u>s/Marlena Williams</u>
MARLENA WILLIAMS
Case Manager

3